[No. 4872-1-III. Division Three. June 9, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS
RAY ANTRIM, *Appellant*.

Appeal from a judgment of the Superior Court for
Franklin County, No. 4325, Richard G. Patrick, J., entered
November 17, 1981. *Affirmed* by unpublished opinion per
Green, J., concurred in by Roe, C.J., and McInturff, J.

[No. 4981-7-III. Division Three. June 9, 1983.]

*In the Matter of the Marriage of* PATRICIA H.
TIMOTHY, *Appellant, and* BOBBY D.
TIMOTHY, *Respondent.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 233835, Marcus M. Kelly, J., entered
January 13, 1982. *Reversed* by unpublished opinion per
Munson, J., concurred in by Roe, C.J., and McInturff, J.

[No. 3969-2-III. Division Three. June 9, 1983.]

*In the Matter of the Marriage of* ARNOLD E. EATON,
*Appellant, and* REBA R. EATON, *Respondent.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 246658, Willard A. Zellmer, J., entered
April 29, 1980. *Affirmed* by unpublished opinion per McIn-
turff, J., concurred in by Roe, C.J., and Munson, J.